IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| ROY E. WINTER and MARJORIE E. WINTER, | ) ) ) | |
| Plaintiffs, | ) ) | TC-MD 150340D |
| v. | ) ) ) | |
| DEPARTMENT OF REVENUE, State of Oregon, | ) ) ) | |
| Defendant. | ) | **FINAL DECISION OF DISMISSAL** |

This Final Decision incorporates without change the court's Decision, entered June 30, 2015. The court did not receive a statement of costs and disbursements within 14 days after its Decision was entered. *See* TCR-MD 16 C(1).

This matter comes before the court on Plaintiffs' motion to withdraw their appeal, made orally at the case management conference held via telephone on June 30, 2015. Upon consideration, the court dismisses Plaintiffs' appeal. Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter be dismissed.

Dated this ____ day of July 2015.

_____
JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Final Decision, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision or this Final Decision cannot be changed. TCR-MD 19 B.*
*This document was filed and entered on July 20, 2015.*